June 13, 1980.

417 A.2d 795

Commonwealth v. Barksdale, Appellant.

Submitted October 26, 1978. Louis R. Dadowski, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appelle.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Denial of post-conviction relief affirmed.